Stanley Goff, Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Murlene Spinks

UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURLENE SPINKS,<br><br>        Plaintiff,<br><br>vs.<br><br>PLACER COUNTY ET AL,<br><br><br>        Defendants. | Case No.: 2:15-cv-00671-JAM-KJN<br><br>PLAINTIFF'S STATUS REPORT |

**Pursuant to the Court's order, plaintiff hereby submits the following status report:**

**A. Brief Summary of Claims**

- **Plaintiff Murlene Spinks is alleging that her son suffered a violation of his Constitutional rights pursuant to the Eighth and Fourteenth Amendment based on a denial of medical assistance that led to his death.**

- **A complaint was filed on March 25, 2015 along with a motion to proceed in forma pauperis.**

**B. Status of Service Upon all Defendants**

- **On March 8, 2016, an order was issued from this Court granting the plaintiff's motion to proceed in forma pauperis and for U.S. Marshals to serve the defendants the complaint.**

- **To date, U.S. Marshals have not served the defendants in this case and no case**

PLAINTIFF'S STATUS REPORT

management scheduling order has been issued by this Court.

**C. Possible Joinder of Additional Parties**

    Plaintiff does not anticipate adding additional parties

**D. Contemplated Amendments to the Pleadings**

    Plaintiff does not anticipate amending the complaint at this time.

**E. The Statutory Basis for Jurisdiction and Venue**

    The incident occurred in Placer County in the Placer County Jail.

**F. Anticipated Discovery and Exchange of Information**

- **Initial Disclosures**
- **Plaintiff will conduct written discovery and depositions**
- **Plaintiff does not anticipate discovery of ESI**

**G. There is no proposed dispositive motion cut-off date at this time.**

**H. There is no proposed pre-trial date at this time.**

**I.**     **Plaintiff estimates a 3-day trial and demands a jury trial.**

**J. No special master required**

**K. No related issues**

**L. No related issues**

**M. No discussions have taken place between any parties at this time.**

**N. No other matters to be addressed at this time.**

Dated: June 24, 2016

                                                                                 Respectfully Submitted,

                                                        /S/Stanley Goff
                                                         Stanley Goff
                                                        Attorney for Plaintiff Murlene Spinks

PLAINTIFF'S STATUS REPORT