Stanley Goff, Esq., State Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff
MURLENE SPINKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MURLENE SPINKS,

    Plaintiff,

vs.

PLACER COUNTY, et al.,

    Defendants.

Case No. 2:15-cv-00671-JAM-KJN

**PLAINTIFF MURLENE SPINKS'S SUBSTITUTION OF ATTORNEYS**

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiff Murlene Spinks makes the following substitution or attorneys, pursuant to E.D. Cal. L.R. 182(g):

<u>Former Legal Representative</u>: Stanley C. Goff (State Bar No. 289564), Law Offices of Stanley Goff, 15 Boardman Place, Suite 2, San Francisco, California 94103, (415) 571-9570, <scraiggoff@aol.com>.

<u>New Legal Representative</u>: Mark E. Merin (State Bar No. 043849), Law Office of Mark E. Merin, 1010 F Street, Suite 300, Sacramento, California 95814, (916) 443-6911, <mark@markmerin.com>.

I consent to this substitution.

Dated: 8-28-17

_____
Murlene Spinks (Plaintiff)

1

**PLAINTIFF MURLENE SPINKS'S SUBSTITUTION OF ATTORNEYS**
*Spinks v. Placer County*, United States District Court, Eastern District of California, Case No. 2:15-cv-00671-JAM-KJN

Dated: 9/14/2017

_____
Stanley C. Goff (Former Attorney)

Dated: 8/31/17

_____
Mark E. Merin (New Attorney)

2

PLAINTIFF MURLENE SPINKS'S SUBSTITUTION OF ATTORNEYS
*Spinks v. Placer County*, United States District Court, Eastern District of California, Case No. 2:15-cv-00671-JAM-KJN