Stanley Goff, Esq., State Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff
MURLENE SPINKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MURLENE SPINKS,

          Plaintiff,

vs.

PLACER COUNTY, et al.,

          Defendants.

Case No. 2:15-cv-00671-JAM-KJN

**[PROPOSED] ORDER RE PLAINTIFF MURLENE SPINKS'S SUBSTITUTION OF ATTORNEYS**

      Plaintiff Murlene Spinks has consented to the following substitution or attorneys, pursuant to E.D. Cal. L.R. 182(g):

      Former Legal Representative: Stanley C. Goff (State Bar No. 289564), Law Offices of Stanley Goff, 15 Boardman Place, Suite 2, San Francisco, California 94103, (415) 571-9570, <scraiggoff@aol.com>.

      New Legal Representative: Mark E. Merin (State Bar No. 043849), Law Office of Mark E. Merin, 1010 F Street, Suite 300, Sacramento, California 95814, (916) 443-6911, <mark@markmerin.com>.

      IT IS SO ORDERED.

Dated:

_____
United States District Judge

1